FILED

02/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0412

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0412

_____

IN THE MATTER OF:

T.A.,                                                    O R D E R

      Respondent and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2022